IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LEWIS,<br>              Petitioner,<br><br>v.<br><br>MR. M. BURNS, et al.,<br>              Respondents. | CIVIL ACTION<br><br>No. 10-6770 |

## ORDER

**AND NOW**, this 26 day of December, 2011, upon consideration of the Petition for Writ of Habeas Corpus, Respondents' Answer thereto, and the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

_/s/ M.C.G._
MITCHELL S. GOLDBERG, J.